NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARGENTUM MEDICAL, LLC,**
*Plaintiff/Counterclaim Defendant,*

AND

**THOMAS MILLER AND GREGG SILVER,**
*Counterclaim Defendants-Appellants,*

v.

**SILVERLON INVESTMENT GROUP, LLC,**
*Defendant/Counterclaimant-Appellee,*

AND

**DERMA SCIENCES, INC.,**
*Defendant/Counterclaimant.*

---

2011-1618, -1640, 2012-1035

---

Appeals from the United States District Court for the Middle District of Pennsylvania in case no. 08-CV-1305, Judge A. Richard Caputo.

---

ON MOTION

---

ORDER

Silverlon Investment Group, LLC moves for a 14-day extension of time, until June 13, 2012, to file its response brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 0 8 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Thomas C. Cronin, Esq.
     Stephen R. Swofford, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 8 2012

JAN HORBALY
CLERK